Before STATE INDUSTRIAL BOARD, Respondent.   BERNARD TUNNEY, Respondent, v. C. M. HERRING & Co. and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take further proof as to causal relation and whether or not his disability during

the period covered by the award was total and if not total to determine his wage-earning capacity. All concur.